```
                    FILED
         CLERK, U.S. DISTRICT COURT

              APR 30 2014

         CENTRAL DISTRICT OF CALIFORNIA
         BY        AF         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 13-47-SJO |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. ) | |
| Christopher Leon Biagas ) | |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will not pose a risk to the safety of persons or the community given defendant's criminal history, drug abuse and mental health concerns and the alleged violations._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will appear for future court appearances given the fact that he has previously failed to appear for scheduled hearings, there appear to be no known bail resources and limited background information._

IT IS ORDERED that defendant be detained.

DATED: 4-30-14

                                                  _____
                                                  ALKA SAGAR
                                                  UNITED STATES MAGISTRATE JUDGE